IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANTHONY W. MILLER,

     Petitioner,

v.

     Case No.  5D23-1326
     LT Case No. 1996-CF-1495

STATE OF FLORIDA,

     Respondent.
_____/

Decision filed June 13, 2023

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Anthony W. Miller, Graceville, pro se.

No Appearance for Respondent.

PER CURIAM.

     DENIED.

HARRIS, SOUD and MACIVER, JJ., concur.